PROB 12B
(7/93)

Report Date: December 29, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 05 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Maurico Rodriguez Leon | Case Number: 2:04CR00264-001 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 8/30/2005 | Type of Supervision: Supervised Release |
| Original Offense: Cts. 1 & 3: Theft of Firearms from Federally Licensed Dealer; Cts. 2 & 4: Possession of Stolen Firearms. | Date Supervision Commenced: TBD |
| Original Sentence: Prison - 60 Months; TSR - 36 Months | Date Supervision Expires: TBD |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20      You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. Leon is scheduled to release from BOP custody on January 7, 2009. He has expressed concerns to the undersigned officer that he "does not feel ready" to release to the community and has not established an appropriate release plan. He has requested the above modification to more adequately prepare for his release to the community. He has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/29/08

Samuel Najera
U.S. Probation Officer

Prob 12B
**Re: Leon, Maurico Rodriguez
December 29, 2008
Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Jan. 5, 2009
Date