PROB 12B  
(7/93)

Report Date: August 6, 2009

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 07 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Maurico Rodriguez Leon    Case Number: 2:04CR00264-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Court Judge

Date of Original Sentence: 8/30/2005    Type of Supervision: Supervised Release

Original Offense: Cts. 1 & 3: Theft of Firearms from Federally Licensed Dealer; Cts. 2 & 4: Possession of Stolen Firearms.

Date Supervision Commenced: 1/7/2009

Original Sentence: Prison - 60 Months; TSR - 36 Months

Date Supervision Expires: 1/6/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> While on supervised release, restitution is payable on a monthly basis at a rate of 10 percent of the defendant's net income, commencing 30 days upon release from imprisonment.

### CAUSE

At sentencing, Mr. Leon was ordered to pay restitution on a monthly basis at a rate of 20 percent of his net income, under "SCHEDULE OF PAYMENTS" on page 6 of his Judgement. After completing a financial review of Mr. Leon's situation, it is evident that a monthly payment of 20 percent of his net income presents an undue financial hardship.

Therefore, it is respectfully recommended that Mr. Leon's conditions of supervised release be modified to allow a monthly restitution payment at a rate of 10 percent of his net income. This would allow Mr. Leon the opportunity to satisfy his regularly occurring monthly financial obligations, which include child support, and not create a financial hardship for him. He has been advised that any changes in his financial situation will need to be reported to the undersigned and could result in additional changes to his monthly payment amount.

Mr. Leon has voluntarily signed the attached waiver of hearing after having been advised of his right to a hearing and advise of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/6/09

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/7/09
Date