PROB 12C
(7/93)

Report Date: February 8, 2011

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 08 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Maurico Rodriguez Leon          Case Number: 2:04CR00264-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 8/30/2005

| | |
|---|---|
| Original Offense: | Theft of Firearms from Federally Licensed Firearms Licensed Dealer 18 U.S.C. § 922 |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | To be determined |
| Defense Attorney: | Anne Walstrom |

Type of Supervision: Supervised Release

Date Supervision Commenced: 1/7/2009

Date Supervision Expires: 1/6/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**     **Nature of Noncompliance**

1                        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                         **Supporting Evidence**: Mr. Leon is considered in violation of his conditions of supervised release by committing a new crime, robbery, on or about February 7, 2011.

                         According to Spokane police report #11-038756, Mr. Leon was contacted by law enforcement after a report of a robbery. The victim of the crime attempted to chase Mr. Leon for a short while but was threatened by a male with a hammer.

                         Mr. Leon was taken into custody by law enforcement after a short foot pursuit. The victim of the crime positively identified Mr. Leon as the person he saw attempting to take his belongings.

                         Mr. Leon was arrested and charged with robbery and remains in custody.

Prob12C
Re: Leon, Maurico Rodriguez
February 8, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 8, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

2/8/2011
Date